UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Bankr. Case No. 20-13268

Jaeil Shim  Chapter 7

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Mercedes-Benz Financial Services USA LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Mercedes-Benz Financial Services USA LLC
    c/o BK Servicing, LLC
    PO Box 131265
    Roseville, MN  55113-0011

    BK Servicing, LLC

By  /s/ Ed Gezel

    Ed Gezel, Agent
    BK Servicing, LLC
    PO Box 131265
    Roseville, MN  55113-0011
    651-366-6390
    notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on March 24, 2020 :

Dong Sung Kim
Kim, Choi & Kim, P.c.
460 Bergen Blvd.
Suite 206
Palisades Park, NJ  07650

Benjamin A. Stanziale, Jr.
Stanziale & Stanziale
29 Northfield Avenue
Suite 201
West Orange, NJ  07052

By  /s/ Ed Gezel, Agent
        Ed Gezel

515555