File No.: 50914
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Mercedes-Benz Financial Services USA LLC
JM5630_____

|  |  |
|---|---|
| IN RE:<br>  JAEIL SHIM | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 7<br>CASE NO: 20-13268(SLM)<br>HEARING DATE: 4-14-2020 |

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN ACCORDANCE WITH LOCAL RULES OF BANKRUPTCY PRACTICE**

The within Notice of Motion requests relief from the automatic stay on the grounds, as set forth on the accompanying Certification, that the Movant has a perfected security interest in the Motor Vehicle owned by the Debtor, Jaeil Shim and there has been a default.

TAKE FURTHER NOTICE that the facts movant relies upon, as set forth on the accompanying certification, and the basis for relief from the automatic stay, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion, and TAKE FURTHER NOTICE that oral argument is hereby not requested.

Date:    3-25-2020                         /s/ John R. Morton, Jr., Esquire
                                           John R. Morton, Jr., Esquire
                                           Attorney for Mercedes-Benz Financial
                                           Services USA LLC