| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>The Law Firm of Kim Choi Kim, P.C.<br>Counsels for the debtor<br>By: Dong Sung Kim, Esq.<br>460 Bergen Blvd., #206<br>Palisades Park, NJ 07650<br>(201) 363-0010<br>(201) 363-0018 | Case No.: 20-13268-SLM<br><br>Chapter: 7 |
| In Re:<br><br>Jaeil Shim | Adv. No.: _____<br><br>Hearing Date: _____<br><br>Judge: Hon. Stacey Meisel |

## CERTIFICATION OF SERVICE

1. I, _____Dong Sung Kim, Esq_____ :

    ☒ represent _____the debtor_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____March 31, 2020_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    The copy of the applicable Notice of Chapter 7 Bankruptcy Case including Form 309A; Form 410; and Order respecting Amendment.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 31, 2020

/S/ Dong Sung Kim
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Benjamin A. Stanziale, Jr.<br>Stanziale & Stanziale<br>29 Northfield Avenue<br>Suite 201<br>West Orange, NJ 07052 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| IGB Enterprises, Inc.<br>470 7th Avenue, Suite 302<br>New York, NY 10018 | Added Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |