UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  **Shim, Jaeil**                         Case No.:   **20-13268-SLM**

                                                Chapter:    **7**

                                                Judge:      **Stacey L. Meisel**

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on May 5, 2020, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of Property: 59 Akers Avenue, Montvale, New Jersey**

**Current Market Value of Property:  $1,000,000.00**
**Estimated Cost of Sale:  $100,000.00**

**Liens on property: M&T Bank: $637,000.00**
**PNC Bank: $393,670.00**

**Amount of equity claimed as exempt:**

Objections must be served on, and requests for additional information directed to:

Name:       Benjamin A. Stanziale, Jr., Trustee

Address:    29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                  Case No. 20-13268-SLM
Jaeil Shim                                                              Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2        Date Rcvd: Apr 06, 2020
                               Form ID: pdf905             Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2020.
db             +Jaeil Shim,    59 Akers Avenue,    Montvale, NJ 07645-2004
cr              Mercedes-Benz Financial Services USA LLC,     c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
cr             +Mercedes-Benz Financial Services USA LLC,     P.O. Box 961245,    Ft. Worth, TX 76161-0244
518735120      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
518735121      +Bank Hapoalim B.M.,    1120 Avenue of the Americas,    New York, NY 10036-6700
518735122      +Central Bergen Properties,    101 Pugliese's Way,    2nd floor,    Delray Beach, FL 33444-3761
518735124      +DCL Firm,    260 West 26th Street,    Suite 7Q,    New York, NY 10001-0134
518735123     #+Dart Global Logistics, Inc.,    147-39 175th Street,    2nd floor - suite 217,
                 Jamaica, NY 11434-5463
518735126      +Fairfax Company of Virginia, LLC.,    200 E. Long Lake Road,     Suite 300,
                 Bloomfield Hills, MI 48304-2324
518756513      +HCS 2016 LLC,    4735 S. Ashland Avenue,    Chicago, IL 60609-4232
518735128      +HSBC,    PO Box 5253,   Carol Stream, IL 60197-5253
518782997      +IGB Enterprises, Inc.,    470 7th Avenue,,   Suite 302,    New York, NY 10018-7255
518735129      +Jet Blue Card,    PO Box 23066,    Columbus, GA 31902-3066
518735130      +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
518735131       Lachmi's Int'l LTD.,    Harbour Crystal Centre,    100 Granville Road, TST East,    11th floor,
                 Kowloon, Hong Kong
518735133      +M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
518735135      +Mitchell & Ness, LLC.,    235 S. 17th Street,    Philadelphia, PA 19103-6314
518735136      +Nike USA, Inc.,    C/O,   AM Sacculo Legal LLC.,    27 Crimson King Dr.,    Bear, DE 19701-2392
518735138      +PNC,   PO Box 856177,    Louisville, KY 40285-6177
518735139      +PNC Bank,    PO Box 1820,   Dayton, OH 45401-1820
518735137      +Platinum Business Loan,    1225 Franklin Avenue, #250,    Garden City, NY 11530-1694
518735141      +Skwiersky, Alpert & Bressler, LLP.,    462 Seventh Avenue,    23rd Floor,
                 New York, NY 10018-7420
518735142      +Titan Alliance Import & Export Corp.,    90 Lorillard Road,    Tuxedo Park, NY 10987-4015
518735143      +Tony Piotrowski,    C/O,    Windels Marx,   120 Albany Street Plaza,
                 New Brunswick, NJ 08901-2163
518735145      +WBL,    101 Hudson Street, 33rd floor,    Jersey City, NJ 07302-3905
518735146      +Wells Fargo,    PO Box 77053,    Minneapolis, MN 55480-7753
518735147      +World Business Lenders,    101 Hudson St., 33rd fl,    Jersey City, NJ 07302-3905
518735148      +Wuhan Zhongxin Imp&Exp,    C/O,    Kevin Tung, Esq.,    136-20 38th Street, Suite 3D,
                 Flushing, NY 11354-4232
518735149       Yongjin Corporation,    811 Suseo Hyundai Venture Ville,,    Bamgogaero 1 gil, Gangnam Gu,
                 Seoul, Korea

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 07 2020 01:05:13     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 07 2020 01:05:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 07 2020 01:05:21
                 American Honda Finance Corporation,    PO Box 168088,   Irving, TX 75016-8088
518735125       E-mail/Text: mrdiscen@discover.com Apr 07 2020 01:04:20     Discover,    PO Box 15316,
                 Wilmington, DE 19850
518735132       E-mail/Text: camanagement@mtb.com Apr 07 2020 01:04:51     M&T Bank,    PO Box 62014,
                 Baltimore, MD 21264
518735134      +E-mail/Text: M74banko@daimler.com Apr 07 2020 01:05:51     MB Financial Services,    PO Box 685,
                 Roanoke, TX 76262-0685
518735140      +E-mail/Text: bankruptcy@prosper.com Apr 07 2020 01:05:33     Prosper Funding, LLC.,
                 221 Main St., Suite 300,    San Francisco, CA 94105-1909
518735144      +E-mail/Text: collection@unitedmerchant.com Apr 07 2020 01:06:00
                 United Merchant Service, Inc.,    255 Route 17 South,   Hackensack, NJ 07601-1064
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518756512       Halifax of Palisades, LLC
518756514       New Legacy 900
518735127*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court:  Honda Financial Services,    PO Box 65507,    Wilmington, DE 19808)
                                                                                TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2           User: admin                Page 2 of 2              Date Rcvd: Apr 06, 2020
                               Form ID: pdf905            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2020 at the address(es) listed below:

```
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Dong Sung Kim    on behalf of Debtor Jaeil    Shim kimchoikim@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```