UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for : Mercedes-Benz Financial Services
USA LLC
Our File No.: 50914
JM-5630

**Order Filed on April 14, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jaeil Shim

Case No.: _____20-13268_____

Hearing Date: _____4-14-2020_____

Judge: _____SLM_____

Chapter: _____7_____

Recommended Local Form:      ☑ Followed      ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 14, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of _____Mercedes-Benz Financial Services USA LLC_____, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is

vacated to permit the movant to pursue the movant's rights in the personal property described below to

the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏       Real property more fully described as:

☑       Personal property more fully described as:

    2016 Mercedes-Benz GLE350
    Vehicle Identification Number
    4JGDA5HB7GA619759

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*Rev. 7/1/04; jml*