Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 20−13268−SLM
                    Chapter: 7
                    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jaeil Shim
   aka Jerry Shim
   59 Akers Avenue
   Montvale, NJ 07645

Social Security No.:
   xxx−xx−1542

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/4/20 at 10:00 AM

to consider and act upon the following:

*34* − Motion to Vacate (related document:32 Order Discharging Debtor− auto) Filed by Douglas Wade Squasoni on behalf of Nike USA, Inc.. Hearing scheduled for 7/7/2020 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Exhibit Notice of Motion # 2 Proposed Order # 3 Certificate of Service) (Squasoni, Douglas)

Dated: 7/6/20

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court