Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 20−13268−SLM
    Chapter: 7
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jaeil Shim
   aka Jerry Shim
   59 Akers Avenue
   Montvale, NJ 07645

Social Security No.:
   xxx−xx−1542

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/4/20 at 10:00 AM

to consider and act upon the following:

*34* − Motion to Vacate (related document:32 Order Discharging Debtor− auto) Filed by Douglas Wade Squasoni on behalf of Nike USA, Inc.. Hearing scheduled for 7/7/2020 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Exhibit Notice of Motion # 2 Proposed Order # 3 Certificate of Service) (Squasoni, Douglas)

Dated: 7/6/20

                        Jeanne Naughton
                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 20-13268-SLM
Jaeil Shim                                                            Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jul 06, 2020
                              Form ID: ntchrgbk        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2020.
db             +Jaeil Shim,    59 Akers Avenue,    Montvale, NJ 07645-2004
cr              Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
cr             +Mercedes-Benz Financial Services USA LLC,    P.O. Box 961245,    Ft. Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 07 2020 00:32:56
                 American Honda Finance Corporation,    PO Box 168088,    Irving, TX  75016-8088
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2020 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com, nj45@ecfcbis.com
              Daniel  Hornickel    on behalf of Plaintiff    Nike USA, Inc, danielhornickel@hotmail.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Dong Sung Kim    on behalf of Defendant Jaeil   Shim kimchoikim@gmail.com
              Dong Sung Kim    on behalf of Debtor Jaeil   Shim kimchoikim@gmail.com
              Douglas Wade Squasoni    on behalf of Creditor    Nike USA, Inc. dwsquas@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10