UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on August 5, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jaeil Shim

| | |
|---|---|
| Case No.: | 20-13268 |
| Hearing Date: | 8/4/2020 |
| Judge: | Stacey L. Meisel |
| Chapter: | 7 |

Recommended Local Form: ☒ Followed ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
### MOTION TO VACATE ORDER OF DISCHARGE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 5, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

A motion or application having been filed on _____June 15_____, 20 20  by  Nike USA, Inc  _____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown;

WHEREAS the discharge order entered on June 5, 2020 at Docket No. 32 states that "[s]ome debts are not discharged" and an example of debts that are not discharged is "debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case";

WHEREAS the discharge order covers the relief sought by movant; and

WHEREAS there is no reason for further relief;

It is hereby

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*