| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| In Re:<br><br>Jaeil Shim | Order Filed on August 5, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| Case No.: | 20-13268 |
| Hearing Date: | 8/4/2020 |
| Judge: | Stacey L. Meisel |
| Chapter: | 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
### MOTION TO VACATE ORDER OF DISCHARGE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 5, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

A motion or application having been filed on _____June 15_____, 20 20  by _Nike USA, Inc_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown;

WHEREAS the discharge order entered on June 5, 2020 at Docket No. 32 states that "[s]ome debts are not discharged" and an example of debts that are not discharged is "debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case";

WHEREAS the discharge order covers the relief sought by movant; and

WHEREAS there is no reason for further relief;

It is hereby

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

```
                              United States Bankruptcy Court
                                    District of New Jersey
```

In re:                                                              Case No. 20-13268-SLM
Jaeil Shim                                                          Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Aug 05, 2020
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.
db            +Jaeil Shim,    59 Akers Avenue,    Montvale, NJ 07645-2004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:
       Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
       Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
        trustee@stanzialelaw.com, nj45@ecfcbis.com
       Daniel Hornickel    on behalf of Plaintiff    Nike USA, Inc, danielhornickel@hotmail.com
       Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       Dong Sung Kim    on behalf of Defendant Jaeil    Shim kimchoikim@gmail.com
       Dong Sung Kim    on behalf of Debtor Jaeil    Shim kimchoikim@gmail.com
       Douglas Wade Squasoni    on behalf of Creditor    Nike USA, Inc. dwsquas@gmail.com
       John R. Morton, Jr.    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
        ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
       John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
        ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
       Mary E. Augustine    on behalf of Creditor    Nike USA, Inc. meg@saccullolegal.com,
        ams@saccullolegal.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                           TOTAL: 11