| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| GUTFLEISH LAW, LLC<br>Three University Plaza, Suite 410<br>Hackensack, New Jersey 07601<br>(201) 241-2032<br>Harry M. Gutfleish, Mediator<br>harry@gutfleishlaw.com |

| | |
|---|---|
| In Re:<br><br>JAEIL SHIM,<br><br>                    Debtor. | Chapter 7<br>Case No: 20-13268 (SLM)<br><br>**Return Date:  March 2, 2021**<br>**                        10:00 a.m.** |

## CERTIFICATION OF SERVICE

I, Harry M. Gutfleish, certify under penalty of perjury that:

1.    I am the sole member of Gutfleish Law, LLC.

2.    On February 3, 2021, I caused my motion to pay mediation fees, my certification in support thereof, and the proposed form of order to be served by first class mail and by email on Jaeil Shim, c/o Dong Sung Kim, Esq., Law Firm of Kim, Choi & Kim, P.C., 460 Bergen Blvd., Suite 206, Palisades Park, NJ 07650 (kimchoikim@gmail.com).


                                                                            */s/ Harry M. Gutfleish*
                                                                            Harry M. Gutfleish

Dated:  February 3, 2021