

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>GUTFLEISH LAW, LLC<br>Three University Plaza, Suite 410<br>Hackensack, New Jersey 07601<br>(201) 241-2032<br>Harry M. Gutfleish, Mediator<br>harry@gutfleishlaw.com | Order Filed on March 4, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JAEIL SHIM,<br><br>                      Debtor. | Chapter 7<br>Case No: 20-13268 (SLM)<br><br>Return Date: March ~~3~~ 2, 2021<br>                    10:00 a.m. |

## ORDER GRANTING MEDIATOR'S
## MOTION TO COMPEL PAYMENT OF MEDIATION FEES

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: March 4, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

**Debtor:** Jaeil Shim
**Case No:** 20-13268 (SLM)
**Caption of Order:** Order Granting Mediator's Motion to Compel Payment of Mediation Fees

---

This matter having been opened to the Court by the motion (the "Motion") filed by Harry M. Gutfleish (the "Mediator") seeking an Order compelling Jaeil Shim ("Shim") to pay the Mediator's fees and granting related relief; and the Court having considered the moving papers and opposition thereto, if any, and the arguments of counsel, if any; and the Court having determined that good cause exists for the entry of this Order,

IT IS THEREFORE ORDERED that:

1. The Motion is Granted as set forth herein.

2. Shim shall pay the $1,400.00 owed to the Mediator within ~~three (3)~~ fourteen (14) business days of entry of this Order.

3. Shim shall also pay the Mediator's reasonable fees in the amount of $ $1,000.00 , incurred in connection with the prosecution of the Motion, within three (3) business days of entry of this Order.

4. If Shim fails to comply with either of the foregoing directives, the Mediator ~~will be entitled to an Order of Contempt from this Court upon the Mediator's submission~~ may submit to the Court of a notice of non-compliance and a proposed Order of Contempt. In that event, the Court may issue additional sanctions in addition to all other powers conferred to it.