| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>GUTFLEISH LAW, LLC<br>Three University Plaza, Suite 410<br>Hackensack, New Jersey 07601<br>(201) 241-2032<br>Harry M. Gutfleish, Mediator<br>harry@gutfleishlaw.com | Order Filed on March 4, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JAEIL SHIM,<br><br>       Debtor. | Chapter 7<br>Case No: 20-13268 (SLM)<br><br>Return Date: March ~~3~~ 2, 2021<br>     10:00 a.m. |

### ORDER GRANTING MEDIATOR'S
### MOTION TO COMPEL PAYMENT OF MEDIATION FEES

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: March 4, 2021**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

**Debtor:** Jaeil Shim
**Case No:** 20-13268 (SLM)
**Caption of Order:** Order Granting Mediator's Motion to Compel Payment of Mediation Fees

---

This matter having been opened to the Court by the motion (the "Motion") filed by Harry M. Gutfleish (the "Mediator") seeking an Order compelling Jaeil Shim ("Shim") to pay the Mediator's fees and granting related relief; and the Court having considered the moving papers and opposition thereto, if any, and the arguments of counsel, if any; and the Court having determined that good cause exists for the entry of this Order,

IT IS THEREFORE ORDERED that:

1. The Motion is Granted as set forth herein.

2. Shim shall pay the $1,400.00 owed to the Mediator within ~~three (3)~~ fourteen (14) business days of entry of this Order.

3. Shim shall also pay the Mediator's reasonable fees in the amount of $ __$1,000.00__, incurred in connection with the prosecution of the Motion, within three (3) business days of entry of this Order.

4. If Shim fails to comply with either of the foregoing directives, the Mediator ~~will be entitled to an Order of Contempt from this Court upon the Mediator's submission~~ may submit to the Court of a notice of non-compliance and a proposed Order of Contempt. In that event, the Court may issue additional sanctions in addition to all other powers conferred to it.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-13268-SLM |
| Jaeil Shim | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 04, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jaeil Shim, 59 Akers Avenue, Montvale, NJ 07645-2004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 06, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com  nj45@ecfcbis.com |
| Benjamin A. Stanziale, Jr. | on behalf of Trustee Benjamin A. Stanziale  Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com |
| Daniel Hornickel | on behalf of Plaintiff Nike USA  Inc, danielhornickel@hotmail.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dong Sung Kim | on behalf of Defendant Jaeil Shim kimchoikim@gmail.com |
| Dong Sung Kim | on behalf of Debtor Jaeil Shim kimchoikim@gmail.com |

| | | |
|---|---|---|
| Douglas Wade Squasoni | | on behalf of Creditor Nike USA Inc. dwsquas@gmail.com |
| Harry M. Gutfleish | | on behalf of Mediator Harry Gutfleish harry@gutfleishlaw.com |
| John R. Morton, Jr. | | on behalf of Creditor Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Mary E. Augustine | | on behalf of Creditor Nike USA Inc. meg@saccullolegal.com, ams@saccullolegal.com |
| U.S. Trustee | | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12