

**Order Filed on April 21, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

GUTFLEISH LAW, LLC
Three University Plaza, Suite 410
Hackensack, New Jersey 07601
(201) 241-2032
Harry M. Gutfleish, Mediator
harry@gutfleishlaw.com

In Re:

JAEIL SHIM,

           Debtor.

Chapter 7
Case No: 20-13268 (SLM)

# ORDER OF CONTEMPT

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: April 21, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**
**Debtor:**           Jaeil Shim
**Case No:**          20-13268 (SLM)
**Caption of Order:** Order of Contempt

---

This matter having been opened to the Court by the certification filed by Harry M. Gutfleish (the "Mediator") in accordance with the Court's Order of March 4, 2021 [docket number 47] under which Jaeil Shim ("Shim") was directed to pay $2,400.00 to the Mediator; and the Court having and the Mediator certified that Shim failed to pay as required by the March 4, 2021 Order; found that Shim is in contempt of the March 4, 2021 Order; and the Court having determined that good cause exists for the entry of this Order,

IT IS THEREFORE ORDERED that:

1.  In addition to the $2,400.00 that Shim was directed to pay to the Mediator under the March 4, 2021 Order, the Court imposes an additional cost to Shim of $__1,000.00__ to be paid in accordance herewith, as reasonable fees incurred in connection with the prosecution of this Motion.

2.  Shim shall pay to the Mediator the amounts set forth in paragraph 1 (which total $__3,400.00__) no later than within five (5) business days of entry of this Order.

~~3.  If Shim fails to comply with this Order, then _____.~~

3.  The Court reserves the right to modify the terms of this Order.