| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| GUTFLEISH LAW, LLC<br>Three University Plaza, Suite 410<br>Hackensack, New Jersey 07601<br>(201) 241-2032<br>Harry M. Gutfleish, Mediator<br>harry@gutfleishlaw.com | |
| In Re:<br><br>JAEIL SHIM,<br><br>                Debtor. | Chapter 7<br>Case No: 20-13268 (SLM) |

**Order Filed on April 21, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

## ORDER OF CONTEMPT

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: April 21, 2021**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**
**Debtor:** Jaeil Shim
**Case No:** 20-13268 (SLM)
**Caption of Order:** Order of Contempt

---

This matter having been opened to the Court by the certification filed by Harry M. Gutfleish (the "Mediator") in accordance with the Court's Order of March 4, 2021 [docket number 47] under which Jaeil Shim ("Shim") was directed to pay $2,400.00 to the Mediator; and the Mediator certified that Shim failed to pay as required by the March 4, 2021 Order; and the Court having found that Shim is in contempt of the March 4, 2021 Order; and the Court having determined that good cause exists for the entry of this Order,

IT IS THEREFORE ORDERED that:

1. In addition to the $2,400.00 that Shim was directed to pay to the Mediator under the March 4, 2021 Order, the Court imposes an additional cost to Shim of $ __1,000.00__ to be paid in accordance herewith, as reasonable fees incurred in connection with the prosecution of this Motion.

2. Shim shall pay to the Mediator the amounts set forth in paragraph 1 (which total $__3,400.00__) no later than within five (5) business days of entry of this Order.

~~3. If Shim fails to comply with this Order, then _____.~~

3. The Court reserves the right to modify the terms of this Order.

United States Bankruptcy Court

District of New Jersey

In re:  
Jaeil Shim  
    Debtor

Case No. 20-13268-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2  
Date Rcvd: Apr 21, 2021    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2021:**

**Recip ID**    **Recipient Name and Address**  
db    + Jaeil Shim, 59 Akers Avenue, Montvale, NJ 07645-2004

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Benjamin A. Stanziale, Jr.  
     trustee@stanzialelaw.com nj45@ecfcbis.com

Benjamin A. Stanziale, Jr.  
     on behalf of Trustee Benjamin A. Stanziale Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com

Daniel Hornickel  
     on behalf of Plaintiff Nike USA Inc, danielhornickel@hotmail.com

Denise E. Carlon  
     on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Dong Sung Kim  
     on behalf of Defendant Jaeil Shim kimchoikim@gmail.com

Dong Sung Kim  
     on behalf of Debtor Jaeil Shim kimchoikim@gmail.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 21, 2021 | Form ID: pdf903 | Total Noticed: 1

Douglas Wade Squasoni
    on behalf of Creditor Nike USA  Inc. dwsquas@gmail.com

Harry M. Gutfleish
    on behalf of Mediator Harry Gutfleish harry@gutfleishlaw.com

John R. Morton, Jr.
    on behalf of Creditor Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Mary E. Augustine
    on behalf of Creditor Nike USA  Inc. meg@saccullolegal.com, ams@saccullolegal.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12