UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Jaeil Shim

Case No.: 20-13268-SLM
Chapter: 7
Judge: Hon. Meisel

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Jaeil Shim__, __the debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
(973) 645-4764

If an objection is filed, a hearing will be held before the Honorable __Stacey Meisel__ on __May 18, 2021__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3A__, __50 Walnut St., Newark, NJ 07102__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:
Adversary Proceeding
Nike v. Jaeil Shim (2:20-ap-1324-SLM)

Pertinent terms of settlement:
Settle at $184,166.58 with 13 installments payment of $14,166.66.
If fail to comply with the settlment, non dischargeable judgment of $688,500.00 minus payments made pursuant to the settlment.

Objections must be served on, and requests for additional information directed to:
Name: Dong Sung Kim, Esq. (Law Firm of Kim Choi & Kim P.C.)
Address: 460 Bergen Blvd., Suite 206, Palisades Park, NJ 07650
Telephone No.: (201) 363-0010

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

In re:  
Jaeil Shim  
    Debtor

Case No. 20-13268-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 21, 2021      Form ID: pdf905      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jaeil Shim, 59 Akers Avenue, Montvale, NJ 07645-2004 |
| md | + | Harry Gutfleish, Three University Plaza Suite 410, Hackensack, NJ 07601-6222 |
| cr | | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| cr | + | Mercedes-Benz Financial Services USA LLC, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 518735120 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518735121 | + | Bank Hapoalim B.M., 1120 Avenue of the Americas, New York, NY 10036-6700 |
| 518735122 | + | Central Bergen Properties, 101 Pugliese's Way, 2nd floor, Delray Beach, FL 33444-3761 |
| 518735124 | + | DCL Firm, 260 West 26th Street, Suite 7Q, New York, NY 10001-0134 |
| 518735126 | + | Fairfax Company of Virginia, LLC., 200 E. Long Lake Road, Suite 300, Bloomfield Hills, MI 48304-2324 |
| 518756513 | + | HCS 2016 LLC, 4735 S. Ashland Avenue, Chicago, IL 60609-4232 |
| 518735128 | + | HSBC, PO Box 5253, Carol Stream, IL 60197-5253 |
| 518782997 | + | IGB Enterprises, Inc., 470 7th Avenue,, Suite 302, New York, NY 10018-7255 |
| 518735129 | + | Jet Blue Card, PO Box 23066, Columbus, GA 31902-3066 |
| 518735130 | #+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 518735131 | | Lachmi's Int'l LTD., Harbour Crystal Centre, 100 Granville Road, TST East, 11th floor, Kowloon, Hong Kong |
| 518735133 | + | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 518735135 | + | Mitchell & Ness, LLC., 235 S. 17th Street, Philadelphia, PA 19103-6314 |
| 518735136 | + | Nike USA, Inc., C/O, AM Saccullo Legal LLC., 27 Crimson King Dr., Bear, DE 19701-2392 |
| 518735137 | + | Platinum Business Loan, 1225 Franklin Avenue, #250, Garden City, NY 11530-1694 |
| 518735141 | + | Skwiersky, Alpert & Bressler, LLP., 462 Seventh Avenue, 23rd Floor, New York, NY 10018-7420 |
| 518735142 | + | Titan Alliance Import & Export Corp., 90 Lorillard Road, Tuxedo Park, NY 10987-4015 |
| 518735143 | + | Tony Piotrowski, C/O, Windels Marx, 120 Albany Street Plaza, New Brunswick, NJ 08901-2163 |
| 518735145 | #+ | WBL, 101 Hudson Street, 33rd floor, Jersey City, NJ 07302-3905 |
| 518735146 | + | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |
| 518735148 | + | Wuhan Zhongxin Imp&Exp, C/O, Kevin Tung, Esq., 136-20 38th Street, Suite 3D, Flushing, NY 11354-4232 |
| 518735149 | | Yongjin Corporation, 811 Suseo Hyundai Venture Ville,, Bamgogaero 1 gil, Gangnam Gu, Seoul, Korea |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 21 2021 21:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 21 2021 21:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 21 2021 21:34:00 | American Honda Finance Corporation, PO Box 168088, Irving, TX 75016-8088 |
| 518735125 | | Email/Text: mrdiscen@discover.com | | |

Case 20-13268-SLM    Doc 53    Filed 04/23/21    Entered 04/24/21 00:25:02    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2021 | Form ID: pdf905 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518735132 | | Email/Text: camanagement@mtb.com | Apr 21 2021 21:32:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 518735134 | + | Email/Text: M74banko@daimler.com | Apr 21 2021 21:33:00 | M&T Bank, PO Box 62014, Baltimore, MD 21264 |
| | | | Apr 21 2021 21:34:00 | MB Financial Services, PO Box 685, Roanoke, TX 76262-0685 |
| 518735138 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 21 2021 21:32:00 | PNC, PO Box 856177, Louisville, KY 40285 |
| 518735139 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 21 2021 21:32:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 518735140 | + | Email/Text: bankruptcy@prosper.com | Apr 21 2021 21:34:00 | Prosper Funding, LLC., 221 Main St., Suite 300, San Francisco, CA 94105-1909 |
| 518735144 | + | Email/Text: collection@unitedmerchant.com | Apr 21 2021 21:35:00 | United Merchant Service, Inc., 255 Route 17 South, Hackensack, NJ 07601-1064 |
| 518735147 | + | Email/Text: resolutions@wbl.com | Apr 21 2021 21:32:00 | World Business Lenders, 101 Hudson St., 33rd fl, Jersey City, NJ 07302-3905 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518756512 | | Halifax of Palisades, LLC |
| 518756514 | | New Legacy 900 |
| 518735127 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial Services, PO Box 65507, Wilmington, DE 19808 |
| 518735123 | ##+ | Dart Global Logistics, Inc., 147-39 175th Street, 2nd floor - suite 217, Jamaica, NY 11434-5463 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | on behalf of Trustee Benjamin A. Stanziale Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com |
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com nj45@ecfcbis.com |
| Daniel Hornickel | on behalf of Plaintiff Nike USA Inc, danielhornickel@hotmail.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Dong Sung Kim | |

| | |
|---|---|
| | on behalf of Defendant Jaeil Shim kimchoikim@gmail.com |
| Dong Sung Kim | |
| | on behalf of Debtor Jaeil Shim kimchoikim@gmail.com |
| Douglas Wade Squasoni | |
| | on behalf of Creditor Nike USA  Inc. dwsquas@gmail.com |
| Harry M. Gutfleish | |
| | on behalf of Mediator Harry Gutfleish harry@gutfleishlaw.com |
| John R. Morton, Jr. | |
| | on behalf of Creditor Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | |
| | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Mary E. Augustine | |
| | on behalf of Creditor Nike USA  Inc. meg@saccullolegal.com, ams@saccullolegal.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12