| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>GUTFLEISH LAW, LLC<br>Three University Plaza, Suite 410<br>Hackensack, New Jersey 07601<br>(201) 241-2032<br>Harry M. Gutfleish, Mediator<br>harry@gutfleishlaw.com |

| | |
|---|---|
| In Re:<br><br>JAEIL SHIM,<br><br>Debtor. | Chapter 7<br>Case No: 20-13268 (SLM)<br><br>**Return Date: June 8, 2021**<br>**10:00 a.m.** |

## CERTIFICATION OF SERVICE

I, Harry M. Gutfleish, certify under penalty of perjury that:

1. I am the sole member of Gutfleish Law, LLC.

2. On May 12, 2021, I caused my motion for the entry of a second contempt Order, my certification in support thereof, and the proposed form of order [docket number 54] to be served by first class mail and by email on Jaeil Shim, c/o Dong Sung Kim, Esq., Law Firm of Kim, Choi & Kim, P.C., 460 Bergen Blvd., Suite 206, Palisades Park, NJ 07650 (kimchoikim@gmail.com).

*/s/ Harry M. Gutfleish*
Harry M. Gutfleish

Dated: May 12, 2021