| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>GUTFLEISH LAW, LLC<br>Three University Plaza, Suite 410<br>Hackensack, New Jersey 07601<br>(201) 241-2032<br>Harry M. Gutfleish, Mediator<br>harry@gutfleishlaw.com | **Order Filed on June 11, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>JAEIL SHIM,<br><br>       Debtor. | Chapter 7<br>Case No: 20-13268 (SLM)<br><br>Return Date: June 8, 2021<br>      10:00 a.m. |

## SECOND ORDER OF CONTEMPT

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: June 11, 2021**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
**Debtor:** Jaeil Shim
**Case No:** 20-13268 (SLM)
**Caption of Order:** Second Order of Contempt

---

This matter having been opened to the Court by the motion filed by Harry M. Gutfleish (the "Mediator") to hold Jaeil Shim ("Shim") in contempt of the Court's Order Orders of March 4, 2021 and April 21, 2021 and for related relief; and the Mediator having certified that Shim has failed to comply with the Court's Order Orders of March 4, 2021 and April 21, 2021; and the Court having found that Shim is in contempt of the Court's Order Orders of March 4, 2021 and April 21, 2021; and the Court having determined that good cause exists for the entry of this Order,

IT IS THEREFORE ORDERED that:

1. In addition to the $3,400.00 that Shim was directed to pay to the Mediator under the Court's Orders of March 4, 2021 and April 21, 2021, the Court imposes an additional ~~sanction~~ cost to Shim of $ $1,000.00 to be paid in accordance herewith, as reasonable fees incurred with the prosecution of this motion.

2. Shim shall pay to the Mediator the amounts set forth in paragraph 1 (which total $ $4,400.00 ) no later than _____ within five (5) business days of entry of this Order. ~~,2021.~~

3. In light of Shim's continuing contempt of the Court's authority and Orders, the Court ~~hereby~~ declines to impose additional sanctions at this time because Mediator needs to fully brief and provide the court with authority regarding any further relief sought.

4. The Court reserves the right to modify of this Order.