| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>GUTFLEISH LAW, LLC<br>Three University Plaza, Suite 410<br>Hackensack, New Jersey 07601<br>(201) 241-2032<br>Harry M. Gutfleish, Mediator<br>harry@gutfleishlaw.com | Order Filed on June 11, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JAEIL SHIM,<br><br>                                Debtor. | Chapter 7<br>Case No: 20-13268 (SLM)<br><br>Return Date: June 8, 2021<br>                  10:00 a.m. |

## SECOND ORDER OF CONTEMPT

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: June 11, 2021**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**
**Debtor:**            Jaeil Shim
**Case No:**           20-13268 (SLM)
**Caption of Order:**  Second Order of Contempt

---

This matter having been opened to the Court by the motion filed by Harry M. Gutfleish (the "Mediator") to hold Jaeil Shim ("Shim") in contempt of the Court's Order Orders of March 4, 2021 and April 21, 2021 and for related relief; and the Mediator having certified that Shim has failed to comply with the Court's Order Orders of March 4, 2021 and April 21, 2021; and the Court having found that Shim is in contempt of the Court's Order Orders of March 4, 2021 and April 21, 2021; and the Court having determined that good cause exists for the entry of this Order,

IT IS THEREFORE ORDERED that:

1. In addition to the $3,400.00 that Shim was directed to pay to the Mediator under the Court's Orders of March 4, 2021 and April 21, 2021, the Court imposes an additional ~~sanction~~ cost to Shim of $ _$1,000.00_ to be paid in accordance herewith, as reasonable fees incurred with the prosecution of this motion.

2. Shim shall pay to the Mediator the amounts set forth in paragraph 1 (which total $_$4,400.00_) no later than _____ within five (5) business days of entry of this Order, ~~2021~~.

3. In light of Shim's continuing contempt of the Court's authority and Orders, the Court ~~hereby~~ _declines to impose additional sanctions at this time because Mediator needs to fully brief and provide the court with authority regarding any further relief sought_.

4. The Court reserves the right to modify of this Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-13268-SLM |
| Jaeil Shim | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 11, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jaeil Shim, 59 Akers Avenue, Montvale, NJ 07645-2004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 13, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com nj45@ecfcbis.com |
| Benjamin A. Stanziale, Jr. | on behalf of Trustee Benjamin A. Stanziale Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com |
| Daniel Hornickel | on behalf of Plaintiff Nike USA Inc, danielhornickel@hotmail.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Dong Sung Kim | on behalf of Defendant Jaeil Shim kimchoikim@gmail.com |
| Dong Sung Kim | on behalf of Debtor Jaeil Shim kimchoikim@gmail.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 11, 2021 | Form ID: pdf903 | Total Noticed: 1

Douglas Wade Squasoni
    on behalf of Creditor Nike USA Inc. dwsquas@gmail.com

Harry M. Gutfleish
    on behalf of Mediator Harry Gutfleish harry@gutfleishlaw.com

John R. Morton, Jr.
    on behalf of Creditor Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Mary E. Augustine
    on behalf of Creditor Nike USA Inc. meg@saccullolegal.com, ams@saccullolegal.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12