Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  20–13268–SLM
        Chapter:  7
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jaeil Shim
  aka Jerry Shim
  59 Akers Avenue
  Montvale, NJ 07645

Social Security No.:
  xxx–xx–1542

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Benjamin A. Stanziale Jr. is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 28, 2021</u>        <u>Stacey L. Meisel</u>
                                       Judge, United States Bankruptcy Court